JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| CURTIS LEROY FREEMAN, | ) | Case No. EDCV 08-01141-AG (MLG) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| WARDEN, MULE CREEK PRISON, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: September 15, 2008

_____
Andrew J. Guilford
United States District Judge